# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE** (314) 244-2400
**FAX** (314) 244-2780
www.ca8.uscourts.gov

December 14, 2015

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR  72601

     RE:  15-3807  David Stebbins v. Jimm Hannah, et al

Dear Sir:

     The briefing schedule in this appeal has been set aside pending an initial review by the court. We will notify you of any actions taken in this matter.


                                            Michael E. Gans
                                            Clerk of Court

JMH

cc:    Mr. Jim McCormack

        District Court Case Number:  4:15-cv-00436-JLH