# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

**ORDER**

The briefing schedule for this appeal is held in abeyance pending review of the court.

December 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans