# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

## ORDER

If the original file of the United States District Court is available for review in electronic

format, the court will rely on the electronic version of the record in its review. The appendices

required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit

Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this

Court forthwith any portions of the original record which are not available in an electronic

format through PACER, including any documents maintained in paper format or filed under seal,

exhibits, CDs, videos, administrative records and state court files. These documents should be

submitted within 10 days.

December 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans