15-3807  David Stebbins v. Jimm Hannah, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/14/2015

**Case Name:**   David Stebbins v. Jimm Hannah, et al
**Case Number:**  15-3807

**Docket Text:**
MOTION for appointment of counsel, filed by Appellant Mr. David A. Stebbins w/service 12/15/2015. [4346642] [15-3807]

**The following document(s) are associated with this transaction:**
Document Description:  motion

**Notice will be mailed to:**

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Mr. David A. Stebbins: stebbinsd@yahoo.com