# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2016

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

RE: 15-3807 David Stebbins v. Jimm Hannah, et al

Dear Mr. Stebbins:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                            Michael E. Gans
                            Clerk of Court

YML

Enclosure(s)

cc:    Mr. Jim McCormack

      District Court/Agency Case Number(s): 4:15-cv-00436-JLH