UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 15-3807
_____

David A. Stebbins

Plaintiff - Appellant

v.

Jimm Hannah; Donna L. Gay; State of Arkansas; Arkansas Administrative Office of the Courts; Russell Rogers; David D. Stebbins; James Goldie; Kristie Williams; Gordon Webb; Brad Karren; Wes Bradford; City of Harrison; Robert Turley; Josh Applegate; John Doe, Police Officer

Defendants - Appellees
_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)
_____

**JUDGMENT**

Before MURPHY, MELLOY and GRUENDER, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely. The motion for appointment of counsel is denied as moot.

April 26, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans