15-3807

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

------------------------------------------------------------

------------------------------------------------------------

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2016

Mr. David A. Stebbins
123 W. Ridge Street
Harrison, AR 72601

RE: 15-3807 David Stebbins v. Jimm Hannah, et al

Dear Mr. Stebbins:

  Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                 Michael E. Gans
                 Clerk of Court

YML

Enclosure(s)

cc:  Mr. Jim McCormack

    District Court/Agency Case Number(s): 4:15-cv-00436-JLH

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Plaintiff - Appellant

v.

Jimm Hannah; Donna L. Gay; State of Arkansas; Arkansas Administrative Office of the Courts; Russell Rogers; David D. Stebbins; James Goldie; Kristie Williams; Gordon Webb; Brad Karren; Wes Bradford; City of Harrison; Robert Turley; Josh Applegate; John Doe, Police Officer

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)

## JUDGMENT

Before MURPHY, MELLOY and GRUENDER, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely. The motion for appointment of counsel is denied as moot.

April 26, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans