# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3807

David A. Stebbins

Appellant

v.

Jimm Hannah, et al.

Appellees

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00436-JLH)

------

**MANDATE**

In accordance with the judgment of 04/26/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 24, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit